FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB - 8 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL JACKSON, | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | 1:17-cv-01602-RWS-JFK |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST FINANCIAL ASSET | ) | JURY TRIAL DEMANDED |
| MANAGEMENT, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT ORDER GRANTING EXTENSION OF TIME

This matter is before the Court on the Consent Motion to Extend Discovery. It appearing to the Court, as evidenced by the signatures of counsel below, that the parties consent thereto, and for good cause shown, it is hereby **ORDERED** that the Consent Motion to Extend Discovery is **GRANTED** IN PART and that the discovery period in this action is extended for ~~six (6)~~ four (4) months after the entry of this Order, up to and including ~~August 8~~ June 4, 2018. All subsequent deadlines included in the Joint Preliminary Report and Discovery Plan and the Court's Scheduling Order shall be extended to reflect the ~~six (6)~~ four (4) month extension of the discovery period.

No further extensions of discovery will be granted.

SO ORDERED, this 8th day of February, 2018.

_____
HONORABLE JANET F. KING
UNITED STATES MAGISTRATE JUDGE

Consented to by:

/s/Benjamin B. Kandy
BENJAMIN B. KANDY
Georgia Bar No. 765357
*Counsel for Plaintiff*
The Law Office of Benjamin B. Kandy
534 Medlock Road, Suite 109
Decatur, Georgia 30030

/s/ Lisa Y. Bowman
LISA Y. BOWMAN
Georgia Bar No. 423022
*Counsel for Defendant*
York Bowman Law, LLC
1050 Crown Pointe Parkway, Ste. 500
Atlanta, Georgia 30338