## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL JACKSON | ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | 1:17-cv-01602-RWS-JFK |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST FINANCIAL ASSET | ) | JURY TRIAL DEMANDED |
| MANAGEMENT, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### AMENDED NOTICE OF DEPOSITION OF PLAINTIFF

TO: Michael Jackson
c/o Benjamin Kandy
The Law Office of Benjamin B. Kandy
534 Medlock Road
Suite 109
Decatur, Georgia 30030

**YOU ARE HEREBY NOTIFIED,** pursuant to Rule 30 of the Federal Rules of Civil Procedure and other applicable law, that Defendant will take the deposition upon oral examination of Plaintiff, Michael Jackson, on Thursday April 26, 2018, beginning at 9:30 a.m., at the offices of York Bowman Law, LLC, 1050

Crown Pointe Parkway, Suite 500, Atlanta, Georgia 30338. This deposition will be taken before a notary public or other person duly authorized by law to administer oaths, and will be conducted pursuant to the provisions of the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the purposes of discovery, used as evidence, and any other purpose allowed by law. The deposition will be recorded by stenographic means and may also be recorded by videotape. The deposition will continue from day to day until its completion.

Respectfully submitted this 6th day of April, 2018.

>YORK BOWMAN LAW, LLC
>
>/s/ Lisa York Bowman
>Lisa York Bowman
>Georgia Bar No. 423022
>Email: lisa@yorkbowmanlaw.com
>1050 Crown Pointe Parkway, Suite 500
>Atlanta, Georgia 30338
>(678) 771.3268 phone
>(678) 771.3268 (fax)
>
>*Attorney for Defendant, First Financial Asset Management, Inc.*

## CERTIFICATE OF SERVICE

I certify that on April 6, 2018, I electronically filed the foregoing **AMENDED NOTICE OF DEPOSITION OF PLAINTIFF** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorney of record:

Benjamin B. Kandy
THE LAW OFFICE OF BENJAMIN B. KANDY
534 Medlock Road, Suite 109
Decatur, Georgia 30030
ben@bkandylaw.com

I further certify that the foregoing document was prepared using 14 point Times New Roman font.

This 6TH day of April, 2018.

/s/Lisa Y. Bowman
Lisa York Bowman