IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL JACKSON, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | 1:17-cv-01602-RWS-JFK |
| v. | ) | |
| | ) | |
| FIRST FINANCIAL ASSET MANAGEMENT, INC. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2018, I electronically filed the **Certificate of Service** serving **Plaintiff's First Requests For Production Of Documents to Defendant First Financial Asset Management, Inc.** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record and have served the document on the following counsel of record via Electronic Mail as agreed to by the parties, addressed as follows:

Lisa York Bowman
York Bowman LLC
1050 Crown Pointe Parkway Suite 500
Atlanta, Georgia 30338

1

lisa@yorkbowmanlaw.com
Attorney for First Financial Asset Management, Inc

<u>/s/Benjamin B. Kandy</u>
Benjamin B. Kandy
Georgia Bar No. 756357

**The Law Office of Benjamin B. Kandy LLC**
534 Medlock Rd.
Suite 109
Decatur, Georgia 30030
Phone: (678) 824-2251
Fax: (678) 401-0398
ben@bkandylaw.com
Counsel for Plaintiff Michael Jackson