# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL JACKSON, | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | 1:17-cv-01602-RWS-JFK |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST FINANCIAL ASSET | ) | JURY TRIAL DEMANDED |
| MANAGEMENT, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2018 I electronically filed the foregoing **DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS TO DEFENDANT FIRST FINANCIAL ASSET MANAGEMENT, INC.** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Benjamin B. Kandy
THE LAW OFFICE OF BENJAMIN B. KANDY
534 Medlock Road, Suite 109
Decatur, Georgia 30030
ben@bkandylaw.com

I further certify that the foregoing document was prepared using 14 point Times New Roman font.

This 18th day of March, 2018.

                                            <u>/s/ Lisa York Bowman</u>
                                            LISA Y. BOWMAN
                                            Georgia Bar No. 423022
                                            *Counsel for Defendant*
                                            York Bowman Law, LLC
                                            1050 Crown Pointe Parkway
                                            Atlanta, Georgia 30338
                                            (678) 771.3268 phone
                                            (678) 771.3268 fax