# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL JACKSON, | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | 1:17-cv-01602-RWS-JFK |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST FINANCIAL ASSET | ) | JURY TRIAL DEMANDED |
| MANAGEMENT, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2018, I served a copy of **DEFENDANT'S RESPONSES TO PLAINTIFF MICHAEL JACKSON'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT FIRST FINANCIAL ASSET MANAGEMENT, INC.** on Plaintiff's counsel of record via electronic mail addressed as follows:

Benjamin B. Kandy
THE LAW OFFICE OF BENJAMIN B. KANDY
534 Medlock Road, Suite 109
Decatur, Georgia 30030
ben@bkandylaw.com

I further certify that the foregoing document was prepared using 14 point Times New Roman font.

This 8th day of June, 2018.

                                                /s/ Lisa York Bowman
LISA Y. BOWMAN
Georgia Bar No. 423022
*Counsel for Defendant*
York Bowman Law, LLC
1050 Crown Pointe Parkway
Atlanta, Georgia 30338
(678) 771.3268 phone
(678) 771.3268 fax