IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL JACKSON, | ) |
| | ) Civil Action No. |
| Plaintiff, | ) 1:17-CV-01602-RWS-JFK |
| v. | ) |
| | ) |
| FIRST FINANCIAL ASSET | ) JURY TRIAL DEMANDED |
| MANAGEMENT, INC. | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The parties' **JOINT MOTION TO STAY DEADLINES PENDING RESOLUTION OF SETTLEMENT DISCUSSIONS** is hereby **GRANTED**. Deadlines previously set related to submission of Summary Judgment Motions in this case are hereby enlarged to August 19, 2018.

This 3rd day of July, 2018

_____
Janet F. King
United States Magistrate Judge

4